No. 80–5736. JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 80–5737. PARO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–5738. NAPOLEON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–5739. AMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5744. FRAZIER, AKA BEACHUM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5745. ATKINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5749. MARTINEZ *v.* SMITH, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–5753. ROUSE *v.* UNITED STATES; and
No. 80–5754. ADDERLY ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: No. 80–5753, 633 F. 2d 212; No. 80–5754, 633 F. 2d 211.

No. 80–5756. FORD *v.* BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5759. BERZITO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–5760. ROBERTS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5761. GRAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.